IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CORPORACIÓN DE RESIDENTES DE LA
CALLE CARRIÓN COURT,

        Plaintiff

        v.                          CIVIL NO. 08-1889 (JP)

ROBERTO J. SÁNCHEZ-RAMOS, et al.,

        Defendants

---

**PARTIAL JUDGMENT**

    Before the Court is a motion for voluntary dismissal of Plaintiff's complaint against Defendants John Does 5-7. Pursuant thereto, the Court hereby **ENTERS JUDGMENT DISMISSING WITHOUT PREJUDICE** Plaintiff's claims against Defendants John Does 5-7. This Judgment is entered without the imposition of attorneys' fees or costs.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 17th day of March, 2009.


                                  s/Jaime Pieras, Jr.
                                  JAIME PIERAS, JR.
                        U.S. SENIOR DISTRICT JUDGE