

**Home    Mapa    Calendario    Sugerencias    Formularios**

**Oficina de Prensa**
» Comunicados por Año
» Comunicados por Temas

**Contáctenos**
» Teléfonos y Dirección de esta Oficina
» Envíe un "e-mail" a un funcionario de esta Oficina
» Regístrese para que reciba un "e-mail" al actualizarse la sección

SECRETARIO DE JUSTICIA ORDENA LA REMOCIÓN DE PORTONES QUE IMPIDEN EL LIBRE ACCESO A PLAYA EN OCEAN PARK

16 de agosto de 2007

San Juan – El Secretario de Justicia, Roberto Sánchez Ramos, ordenó la remoción inmediata de un portón que impide el acceso peatonal a la playa aledaña a la Calle Carrión Court, cercana la urbanización Ocean Park. Ello en respuesta a una querella presentada por miembros de varios grupos ambientalistas que reclamaron el acceso irrestricto a esta playa.

La orden de remoción se produce a raíz de la investigación que realizó el Departamento de Justicia, la cual concluyó que el portón fue instalado de forma ilegal pues no contó con los permisos requeridos por la Administración de Reglamentos y Permisos (ARPE) ni los endosos correspondientes del Departamento de Recursos Naturales y Ambientales.

"Las playas en Puerto Rico son espacios públicos y es importante que la ciudadanía que reside en zonas costeras entienda que no pueden restringir el paso de los ciudadanos a estos espacios públicos. En este caso, la investigación demostró que los portones que restringían el acceso a la playa no cumplían con las leyes y reglamentos aplicables por lo que ordenamos su remoción. Nuestro deber es velar porque se cumpla con estas leyes y hacer valer los remedios existentes cuando no se haya cumplido con las mismas," puntualizó el Secretario.

Preguntas y comentarios: oprima aquí

♦ Home  ♦ Mapa  ♦ Calendario  ♦ Sugerencias  ♦ Formularios  ♦ Inf. General  ♦ Directorio Telefónico

Exhibit 1

**Certified Translation**

[Oficial Seal of the Department of Justice]

United States District Court
For the District of Puerto Rico
-CERTIFIED-
To be a correct translation prepared by:

*Annie Flores*

Certified Court Interpreter
Administrative Office of the
United States Courts

## PRESS RELEASE

Home  Map  Calendar  Suggestions  Forms

### SECRETARY OF JUSTICE ORDERS THE REMOVAL OF GATES THAT PREVENT FREE ACCESS TO BEACH IN OCEAN PARK

**August 16, 2007**

Press Office
*Releases by Year
*Releases by Subjects

Contact Us
*Telephone and Address of this Office
*Send an e-mail to an official of this Office
*Register so you can receive an e-mail when the section is brought up to date

San Juan – The Secretary of Justice, Roberto Sánchez Ramos, ordered the immediate removal of a gate that prevents pedestrian access to the beach adjacent to Carrión Court Street, near the Ocean Park subdivision. This in answer to a complaint filed by members of different environmental groups that claim unrestricted access to this beach.

The order for removal occurred following the investigation that the Department of Justice conducted, which concluded that the gate was installed illegally since it did not have the permits required by the Regulations and Permits Administration (ARPE)[Spanish acronym] nor the corresponding endorsements of the Department of Natural and Environmental Resources.

"The beaches in Puerto Rico are public spaces and it is important that the citizens who reside in coastal zones understand that they cannot restrict the entry to the citizens to these public spaces. In this case, the investigation showed that the gates that were restricting the access to the beach did not comply with the applicable laws and regulations for which reason we ordered their removal. Our duty is to make sure that these laws are complied with and to enforce the existing remedies when the same have not been complied with", the Secretary pointed out.