**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE JUSTICIA**
OFICINA DEL FISCAL GENERAL DE PUERTO RICO
Divisiones de Integridad Pública, Delitos Económicos y Oficina de Asuntos del Contralor

| | |
|---|---|
| ESTADOS UNIDOS DE AMERICA<br>El Presidente de los Estados Unidos<br>EL PUEBLO DE PUERTO RICO<br><br>Vs.<br><br>Presidente Asociación de Residentes<br>Calle Carrión Court, San Juan<br>Sa. Annette Malavé | SS.<br>CRIMINAL NUM.<br><br>POR: **Investigación** |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## SUBPOENA

EL PUEBLO DE PUERTO RICO:

**POR LA PRESENTE SE REQUIERE A USTED QUE**, en o antes del miércoles 22 de agosto de 2007, le entregue a la Agente Marisol Sosa Betancourt, lo siguiente:

Todo documento relacionado con, o pertinente a, la instalación del portón al final de la calle Carrión Court incluyendo, y sin limitarse a, minutas y documentos públicos relacionados.

De no entregar estos documentos según se indica, se requerirá lo haga bajo apercibimiento de **DESACATO**, dictado por el **TRIBUNAL COMPETENTE**, según lo dispone la Ley Número 3, aprobada el 18 de marzo de 1954.

**DADO BAJO MI FIRMA** en San Juan, Puerto Rico, hoy 17 de agosto de 2007.

**NOTIFICADO CON COPIA DE ESTA SUBPOENA.**

Hoy ____ de _____ de 2007.

_____
Testigo

_____
Kendys Pimentel Soto, Fiscal Auxiliar
Tel: 721-7700 – Fax: 722-4440

SUBPOENA diligenciada en _Guaynabo_ P.R.,
Hoy 17 de _agosto_ de 2007.

_____
Firma del funcionario que hace diligenciamiento



Exhibit 2

*Certified Translation*

**COMMONWEALTH OF PUERTO RICO**
**DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL OF PUERTO RICO
Public Integrity, Economic Crimes Divisions and Office of Comptroller Affairs

| | |
|---|---|
| UNITED STATES OF AMERICA<br>The President of the United States<br>THE PEOPLE OF PUERTO RICO | SS<br>CRIMINAL NO. |
| VS | RE: **Investigation** |
| President Association of Carrión<br>Court Street Residents, San Juan<br>Ms Annette Malavé | |

### SUBPOENA

THE PEOPLE OF PUERTO RICO:

**YOU ARE HEREBY REQUIRED** to deliver to Agent Marisol Sosa Betancourt, on or before Wednesday, August 22, 2007, the following:

**Every document related to, or relevant to the installation of the gate at the end of Carrión Court street including, and not limited to, minutes and related public documents.**

If you do not deliver these documents as indicated, you will be required to do so under the warning of **CONTEMPT**, entered by the **COMPETENT COURT**, as provided by Law Number 3, approved on March 18, 1954.

**GIVEN UNDER MY SIGNATURE** in San Juan, Puerto Rico, on this 17th day of August 2007.

**NOTIFIED WITH A COPY OF THIS SUBPOENA**

This_____day of_____2007

Witness                              /s/
                    Kendys Pimentel Soto, Assistant District Attorney
                    Tel.: 721-7700—Fax: 722-4440

SUBPOENA served in Condado, P.R.
This 08 day of August 2007

[Illegible signature]
Signature of the official doing the service

[Stamp]:
DEPARTMENT OF JUSTICE
COMMONWEALTH OF PUERTO RICO
DISTRICT ATTORNEY

United States District Court
For the District of Puerto Rico
-CERTIFIED-
To be a correct translation prepared by:

*Annie Flores*

Certified Court Interpreter
Administrative Office of the
United States Courts