

Estado Libre Asociado De Puerto Rico
Departamento De Justicia

ROBERTO J. SÁNCHEZ RAMOS
Secretario

25 de septiembre de 2007

Lcdo. Patricio Martínez-Lorenzo
Edificio Unión Plaza, Suite 1200
Ave. Ponce de León 416
San Juan, PR 00918-5005

Estimado licenciado Martínez-Lorenzo:

Acuso recibo de su comunicación de 30 de agosto de 2007 en representación de la Corporación de Residentes de la Calle Carrión Court.

Le reitero que la determinación del Departamento de Justicia de remover los portones que ubicaban en el área de la playa al final de la calle Carrión Court resultó de una investigación criminal que no ha concluido. Como comprenderá, dicha determinación administrativa definitivamente no es de la misma naturaleza que las Órdenes Administrativas a las que usted parece referirse en su comunicación.

En cuanto a la fecha del diligenciamiento de subpoena en este caso, le aclaro nuevamente que éste estuvo dirigido a adjudicar responsabilidad penal a la luz del hecho ya adjudicado entonces de que dichos portones se habían instalado ilegalmente. De igual forma, hago constar que, como se habrá percatado, los documentos provistos de manera alguna alteraron las determinaciones de este Departamento.

Conforme a lo anterior, no se accede a lo que solicita.

Atentamente,

Roberto J. Sánchez Ramos

Apartado 9020192, San Juan, PR 009020192 • tel. (787) 721-2700, 721-2721 • fax (787) 724-2770

Exhibit 3

Certified Translation

[Coat-of-Arms of the Commonwealth of Puerto Rico]
COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF JUSTICE

United States District Court
For the District of Puerto Rico
-CERTIFIED-
To be a correct translation prepared by

*Annie Flores*

Certified Court Interpreter
Administrative Office of the
United States Courts

ROBERTO J. SANCHEZ RAMOS
SECRETARY

September 25, 2007

Atty. Patricio Martínez-Lorenzo
Union Plaza Building, Suite 1200
416 Ponce de León Ave.
San Juan, PR 00918-5005

Dear attorney Martínez-Lorenzo:

I acknowledge receipt of your communication of August 30, 2007, on behalf of the Residents of Carrión Court Street Corporation.

I repeat that the determination of the Department of Justice of removing the gates located in the beach area at the end of Carrión Court street resulted in a criminal investigation that has not concluded. As you can understand, said administrative determination is definitely not of the same nature as that of the Administrative Orders to which you seem to be referring to in your communication.

As to the date of service of the subpoena in this case, I again make it clear to you that the latter was aimed at adjudicating criminal responsibility in the light of the already adjudicated fact at the time that said gates had been installed illegally. Likewise, I make it known that, as you may have noticed, the documents provided in no way whatsoever altered the determinations of this Department.

In accordance with the above, we are not acceding to your request.

Sincerely,

By: [Illegible signature]
Roberto J. Sánchez Ramos

Box 9020192 San Juan, PR 00902-0192-Tel. (787) 721-7700-721-7771/Fax (787)724-4770